IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00207-CR-W-HFS |
| | ) | |
| RICHARD K. JAMES | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having considered defendant's motion to suppress (Doc. 19), the transcript of the hearing and briefing of the parties, I ADOPT the report and recommendation (Doc. 38), and DENY the motion to suppress (Doc. 19).

The closest question relates to the search of the fanny bag. Just because the officers, perhaps mistakenly, referred to what they identified as marijuana seeds and stems, their testimony is not fatally impeached by the pictures submitted by the defense as exhibits. Their individual testimony that they reasonably believed they were viewing some marijuana litter is reasonable, given

their experience and credibility, as found by Judge Maughmer. This justified a search of the fanny bag.

                                                    s/ HOWARD F. SACHS

                                                    **HOWARD F. SACHS**
                                                    UNITED STATES DISTRICT JUDGE

October 21, 2020

Kansas City, Missouri